# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Kennedy Taylor | } | **Case No: 09-07477-TBB7** |
| SSN: XXX-XX-1378 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER GRANTING

This matter came before the Court on Tuesday, March 16, 2010 09:00 AM, for a hearing on the following:

   RE: Doc #13; Final Hearing on Motion for Relief from Stay filed by U.S. Bank N.A.

Proper notice of the hearing was given and appearances were made by the following:
   Enslen L. Crowe, attorney for U.S. Bank, N.A.

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the motion for relief from stay is GRANTED.

Dated: 03/22/2010                              /s/ THOMAS BENNETT
                                               THOMAS BENNETT
                                               United States Bankruptcy Judge